**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

Radley Bradford

v.                                    Case Number: 4:23−cv−04818

Transunion, LLC

---

### Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Lee H Rosenthal**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/11/2024

**TIME:** 02:50 PM

**TYPE OF PROCEEDING:** Initial Conference

---

Date:   January 29, 2024                          Nathan Ochsner, Clerk